**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | Case Number: 3:17-cv-07051-LB |
| Plaintiff, | Honorable Laurel Beeler |
| vs. | |
| JOHN DOE subscriber assigned IP address 108.224.80.148, | **[PROPOSED] ORDER ON PLAINTIFF'S *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT** |
| Defendant. | |

THIS CAUSE came before the Court upon Plaintiff's e*x-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:  Plaintiff's application is granted.  Plaintiff shall have until June 3, 2018 to effectuate service of a summons and Complaint on Defendant.

SO ORDERED this _____ day of _____, 2018.

By:_____
United States Magistrate Judge
Honorable Laurel Beeler

1